## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY PATE, | ) | CIVIL COMPLAINT |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:18-cv-257-MHW-CMV |
| | ) | |
| v. | ) | JUDGE MICHAEL H. WATSON |
| | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | MAG. JUDGE CHELSEY M. VASCURA |
| | ) | |
| Defendant. | ) | |
| | ) | **JURY DEMAND** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff hereby gives notice that the above-captioned case is voluntarily dismissed against the Defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 1, 2018

By:  s/ Jonathan Hilton

Jonathan Hilton (0095742)
HILTON PARKER LLC
10400 Blacklick-Eastern Rd NW, Suite 110
Pickerington, OH 43147
Tel: (614) 992-2277
Fax: (614) 427-5557
jhilton@hiltonparker.com

### CERTIFICATE OF SERVICE

I, Jonathan Hilton, Esq., do hereby certify that on August 1, 2018, I caused true and correct copies of the above to be served via the CM/ECF filing system, which will cause service upon all counsel of record.

By:  s/ Jonathan Hilton